UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LYNN SAMUEL SUMNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CV-120 |
| ) | Judge Phillips |
| MATTHEW R. SMITH and ) | |
| WILSON & ASSOCIATES, PLLC, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss the complaint by defendants Matthew R. Smith and Wilson & Associates, PLLC. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Lynn Samuel Sumner take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff Lynn Samuel Sumner their costs of action.

Dated at Knoxville, Tennessee, this 3rd day of October, 2012.

**ENTER:**

       s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT